

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Ali Tabrizi and Dona Tabrizy, | § | No. 08-16-00209-CV |
| Appellant, | § | Appeal from the |
| | § | 53rd District Court |
| City of Austin; Greg Guernsey, in his Official Capacity as Director of Planning and Zoning Department; J. Rodney | § | of Travis County, Texas |
| Gonzales, in his Official Capacity Acting Director of the Development Services | § | (TC# D-1-GN-15-002968) |
| Department; and Charles Lesniak, in his Official Capacity as., | § | |
| | § | |
| Appellees. | § | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time to reinstate the appeal within which to file until **March 9, 2017.**  NO FURHER MOTIONS FOR EXTENSION OF TIME TO FILE APPELANT'S MOTION TO REINSTATE APPEAL WILL BE CONSIDERED BY THIS COURT.

IT IS SO ORDERED this 23rd day of February, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.